UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOUGLAS LONGHINI, an individual

    Plaintiff,

v.                                           Case No: 2:17-cv-252-FtM-38MRM

GOLF SAFARI, INC.,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on Plaintiff Douglas Longhini and Golf Safari, Inc.'s Joint Stipulation of Dismissal with Prejudice. (Doc. 15). The parties have executed a confidential settlement agreement and now request the Court to dismiss this case with prejudice. They also request the Court to retain jurisdiction to enforce their settlement agreement.

Federal Rule of Civil Procedure 41 allows a plaintiff to dismiss an action voluntarily if all parties who have appeared sign a stipulation of dismissal. Fed. R. Civ. P. 41(a)(1)(A)(ii). This dismissal is effective upon filing and requires no further action by the Court. See *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

In accordance with Rule 41, the Court will dismiss this case with prejudice. But it declines to retain jurisdiction over this case to enforce the parties' confidential settlement agreement. The parties are not without recourse, as they may independently enforce their agreement in a separate state court action.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Douglas Longhini and Golf Safari, Inc.'s Joint Stipulation of Dismissal with Prejudice (Doc. 15) is **GRANTED in part** and **DENIED in part**. This case is **DISMISSED with prejudice**, but the Court declines to retain jurisdiction to enforce the parties' confidential settlement agreement.

(2) The Clerk is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record